

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW HALE,
    Plaintiff,

v.                          Civil Action No. 21-1469 (JEB)

MICHAEL COLLIS, et al.,
    Defendants.

Renewed Motion to Supplement Complaint with Additional Claims

    Now comes Plaintiff Matthew Hale, pro se, stating as follows:

    Hale fears that the Court may have unfortunately misunderstood his initial motion: he is not looking to "amend" his already existing complaint in this case thus invoking Federal Rule of Civil Procedure 15(a) and Local Rule <u>15.1</u>, a rule he was already aware of when he filed that motion. Rather, he is seeking to <u>supplement</u> his already existing complaint pursuant to Federal Rule of Civil Procedure 15(<u>d</u>) which does not seem to invoke Local Rule 15.1 at all. (A <u>supplement</u> to a complaint is not an "amended pleading.") Put another way, Hale is not seeking to <u>change</u> the claims he has already made in this case thus necessitating that this Court first see what sort of changes he has in mind. Rather, Hale simply wishes to add <u>new</u> claims to that which have already been pled.

    All the same, rather than lose any more time unnecessarily, Hale is indeed accompanying this motion with his proposed Supplement at this juncture. Should the Court require law in its support, Hale refers the Court to his initial motion for same.

                              Respectfully submitted,

                              */s/ Matthew F. Hale*
                              Matthew Hale, Plaintiff pro se

December 16, 2022

Matthew Hale #15177-424
USP Marion CMU
P.O. Box 1000
Marion, IL  62959

CERTIFICATE OF SERVICE

I hereby certify that the foregoing <u>Renewed Motion to Supplement Complaint with Additional Claims</u> was placed into the inmate mailing system where I am housed on December 19, 2022 via first class mail prepaid, addressed to the following attorney who represents the defendants in this case:

Kenneth Adebonojo
Asst. U.S. Attorney
555 4th Street, NW--Civil Division
Washington, DC  20530

*Matthew F. Hale*
Matthew Hale, Plaintiff pro se

RECEIVED
Mail Room
DEC 27 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2